# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>STEPHANIE MAZLOOM,<br><br>    Debtor | Chapter 7<br><br>Case No. 18-60206-06-dd |
| In re:<br><br>ROBERT A. CRANDALL AND<br>MOLLY S. CRANDALL,<br><br>    Debtors | Chapter 13<br><br>Case No. 07-30439-5 |
| Stephanie Mazloom, Robert A. Crandall and Molly S. Crandall, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Navient Solutions, LLC and Navient Credit Finance Corporation,<br><br>    Defendants. | Adv. Pro. No. 20-80033-6 |
| Stephanie Mazloom,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>Navient Solutions, LLC and Navient Credit Finance Corporation,<br><br>    Defendants. | Case No. 23-cv-00437<br><br>**STIPULATION AND JOINT MOTION STAYING PROCEEDINGS** |

Plaintiffs Stephanie Mazloom, Robert A. Crandall, and Molly S. Crandall (collectively, "Plaintiffs") and Defendants Navient Solutions, LLC and Navient Credit Finance Corporation (collectively, "Defendants" and with Plaintiffs, the "Parties"), by and through undersigned counsel, hereby file this stipulation and joint motion (this "Stipulation") to stay the proceedings in the above-captioned matter.

In light of the settlement in principle in another case, *Woodard v. Navient Solutions, LLC*, Adv. Pro. No. 21-08023 (Bankr. D. Neb.), which would encompass all the claims raised between the parties in the above-captioned case, and to allow time for the *Woodard* parties to reduce the settlement in principle to a final definitive agreement and for the Parties to determine whether the above-captioned action should be maintained, the Parties agree and jointly move that all proceedings in the above-captioned matter be stayed for sixty (60) days.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, THAT:**

1. The Parties hereby jointly move the Court to stay the proceedings in the above-captioned action for sixty (60) days.

2. The Parties shall report to the Court within sixty (60) days as to the status of the proposed settlement.

Dated: May 4, 2023
    Albany, New York

| | |
|---|---|
| /s/ *George F. Carpinello* | /s/ *Philip A. Goldstein* |
| George F. Carpinello (Bar Roll # 103750) | Philip A. Goldstein (Bar Roll # 514834) |
| Adam R. Shaw | McGuireWoods LLP |
| Jenna C. Smith | 1251 Avenue of the Americas, 20th Floor |
| | New York, New York 10020 |
| | (212) 548-2100 |

1

BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
(518) 434-0600
gcarpinello@bsfllp.com
ashaw@bsfllp.com
jsmith@bsfllp.com

Jason W. Burge (admitted *pro hac vice*)
SBN (LA) 30420
Lara Richards (to be admitted *pro hac vice*)
SBN (LA) 34054

FISHMAN HAYGOOD LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
(504) 586-5252; (504) 586-5250 fax
jburge@fishmanhaygood.com
lrichards@fishmanhaygood.com

Lynn E. Swanson
(admitted *pro hac vice*)
Lindsay E. Reeves
(to be admitted *pro hac vice*)

JONES SWANSON HUDDELL LLC
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
(504) 523-2500; (504) 523-2508
lswanson@jonesswanson.com
pfreiberg@jonesswanson.com
lreeves@jonesswanson.com

*Counsel for Plaintiffs*

pagoldstein@mcguirewoods.com

Thomas M. Farrell (*pro hac vice*)
McGuireWoods LLP
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, TX 77002
(713) 571-9191
tfarrell@mcguirewoods.com

K. Elizabeth Sieg (*pro hac vice*)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
(804) 775-1000
bsieg@mcguirewoods.com

*Counsel for Defendants*

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 05-05-2023