UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>STEPHANIE MAZLOOM,<br><br>    Debtor | Chapter 7<br><br>Case No. 18-60206-06-dd |
| In re:<br><br>ROBERT A. CRANDALL AND<br>MOLLY S. CRANDALL,<br><br>    Debtors | Chapter 13<br><br>Case No. 07-30439-5 |
| Stephanie Mazloom, Robert A. Crandall and Molly S. Crandall, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Navient Solutions, LLC and Navient Credit Finance Corporation,<br><br>    Defendants. | Adv. Pro. No. 20-80033-6 |
| Stephanie Mazloom,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>Navient Solutions, LLC and Navient Credit Finance Corporation,<br><br>    Defendants. | Case No. 23-cv-00437-DNH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Having reached a settlement with Defendants Navient Solutions, LLC and Navient Credit Finance Corporation, and pursuant to Federal Rules of Civil Procedure 41(a)(2), and subject to approval by the Court; Plaintiffs Stephanie Mazloom, Robert A. Crandall, and Molly S. Crandall (together, "Plaintiffs") voluntarily dismisses all claims against Defendants Navient Solutions, LLC and Navient Credit Finance Corporation with prejudice pursuant to Local Rules of Civil Procedure 41.3 and Federal Rule of Civil Procedure 41(a)(2).

Dated: March 15, 2024
      Albany, New York

Respectfully Submitted,

/s/ *Adam R. Shaw*
Adam R. Shaw
George F. Carpinello
Jenna C. Smith
BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
(518) 434-0600
gcarpinello@bsfllp.com
ashaw@bsfllp.com
jsmith@bsfllp.com

Lynn E. Swanson
(admitted *pro hac vice*)
Lindsay E. Reeves
(to be admitted *pro hac vice*)
JONES SWANSON HUDDELL LLC
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
(504) 523-2500; (504) 523-2508
lswanson@jonesswanson.com
pfreiberg@jonesswanson.com
lreeves@jonesswanson.com

Jason W. Burge (admitted *pro hac vice*)
SBN (LA) 30420
Lara Richards (to be admitted *pro hac vice*)
SBN (LA) 34054
FISHMAN HAYGOOD LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600

1

(504) 586-5252; (504) 586-5250 fax
jburge@fishmanhaygood.com
lrichards@fishmanhaygood.com

*Counsel for Plaintiffs*

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 03-18-2024

2

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the foregoing document was served by the Court's ECF system on all parties of record this 15th day of March 2024.

                                             */s/ Adam R. Shaw*

                                             Adam R. Shaw